UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:   ALEX D ACHONU
         6402 S WASHINGTON AVE
         LANSING, MI 48911

CASE NO: HL-08-00016
Chapter 13
HON. JEFFREY R HUGHES
Filed: Jan 03, 2008

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES, Mary K. Viegelahn, Chapter 13 Trustee ("Trustee") and files her Motion to Dismiss for the following reasons:

FAILURE TO FILE AN AMENDED SCHEDULE I, J AND A STATEMENT THAT SHOWS HOW THE INCOME, EXPENDITURES AND MONTHLY INCOME ARE CALCULATED. PURSUANT TO 11 U.S.C. SECTION 521 (f)(4)(b). THIS IS REQUIRED ANNUALLY WITHIN 45 DAYS OF THE ANNIVERSARY OF THE CONFIRMATION DATE. THE PLAN WAS CONFIRMED ON JUNE 9, 2008.

WHEREFORE, your Trustee respectfully prays:

A.  That this Court enter an Order dismissing the {Debtor's} Chapter 13 Case.

B.  That this Court grant such other relief as it finds just and equitable.


Aug 24, 2009

/s/ Mary K. Viegelahn
Mary K. Viegelahn (P42327)
CHAPTER 13 TRUSTEE
415 W. Michigan Avenue
Kalamazoo, MI 49007
(269)343-0305

This document has been electronically filed with the Court and the Attorney for Debtor and mailed to the Debtor.

Attorney for Debtor:
    KARL A H BOHNHOFF
    912 CENTENNIAL WAY STE 320
    LANSING, MI 48917